Richards et al. *v.* Burley, Appellant.

Argued September 16, 1971. *Joseph G. Manta,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellant; *Stephen M. Feldman,* with him *Feldman & Feldman,* for appellees.
Judgment affirmed.

Richards *v.* Local Union 57 of the I.H.C.B.J., AFL-CIO, Appellant.

Argued September 16, 1971. *Joseph G. Manta,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellant; *Stephen M. Feldman,* with him *Feldman & Feldman,* for appellees.
Judgment affirmed.

Sukonik *v.* J. Sukonik & Sons, Appellant.

Argued September 14, 1971. *Richard M. Rosenbleeth,* with him *Blank, Rome, Klaus & Comisky,* for appellant; *Henry J. Donner,* with him *Dilworth, Paxson, Kalish, Levy & Coleman,* for appellee.
Judgment affirmed.